**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01550-CMA-MJW

RICHARD REITER,

    Plaintiff,

v.

PRIMARY FINANCIAL SERVICES, LLC, and
DOES 1-10 INCLUSIVE,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

The Court, having reviewed the parties' Stipulation of Dismissal With Prejudice (Doc. # 6) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and being fully advised in the premises, hereby ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees and costs.

DATED: September __22__, 2010

                         BY THE COURT:

                         _____
                         CHRISTINE M. ARGUELLO
                         United States District Judge